UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SUSAN DOUGLAS,<br><br>Defendant. | CASE NO.:  22-CR-2079-DMS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

**IT IS HEREBY ORDERED** that Ms. Douglas's Motion Hearing currently scheduled for November 18, 2022, be continued to January 6, 2023, at 11:00 a.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATED:  11/14/22

_____
**Honorable Dana M. Sabraw**
United States District Judge